UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALLEN J. DAVIS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CV1869 |
| ) | |
| JOHNSON CONTROLS, et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER OF REMAND**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this matter is **REMANDED** to the Circuit Court of the County of St. Louis, State of Missouri.

Dated this   4th   day of January, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE